AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ramos, Nelva G. | 2. Court or Organization<br><br>U.S. District Court, Texas | 3. Date of Report<br><br>10/04/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of Texas Judicial Retirement Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Onyx Engineering - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Kleberg National Bank | Note on Jim Hogg County property | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank - Accounts, CD | A | Interest | J | T | | | | | |
| 2. First National Bank - Accounts | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market | A | Dividend | K | T | | | | | |
| 4. Cleveland OH Arpt Sys A Rev | A | Interest | | | Redeemed | 03/26/12 | J | | |
| 5. Franklin Fed Tax-Free Income A | B | Dividend | K | T | | | | | |
| 6. FT Bld Amer Bds 10-20 Yr #11 | B | Interest | K | T | | | | | |
| 7. Vanguard Wellington | A | Dividend | | | Sold | 5/31/12 | K | | |
| 8. Davis New York Venture Fund | A | Dividend | | | Sold | 5/31/12 | K | | |
| 9. Vanguard Instl Index Fund | A | Dividend | | | Sold | 5/31/12 | K | | |
| 10. Fidelity Diversified Intl Fund | A | Dividend | | | Sold | 5/31/12 | K | | |
| 11. Texas Municipal Retirement System | A | Interest | J | T | | | | | |
| 12. Texas County & District Retirement System | | None | J | T | | | | | |
| 13. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |
| 14. BR MOD 6-9 Age-Based Option-A | A | Dividend | | | Sold | 7/15/12 | J | | |
| 15. BR MOD 6-9 Age Based Option-B | A | Dividend | | | Sold | 7/15/12 | J | | |
| 16. Loomis Sayles Bond Ret Opt | A | Dividend | | | Sold | 5/4/12 | J | | |
| 17. American Funds Fundamental Inv Inv Opt | A | Dividend | | | Sold | 5/4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Grth Fund of Amer Inv Opt | A | Dividend | | | Sold | 5/4/12 | J | | |
| 19. Oppenheimer Global Ret Opt | | None | | | Sold | 6/6/12 | J | | |
| 20. Oppenheimer Sm & Mid Cap Val Fd N | A | Dividend | | | Sold | 6/6/12 | J | | |
| 21. Oppenheimer Value Fund N | A | Dividend | | | Sold | 6/6/12 | J | | |
| 22. Oppenheimer Equity N | A | Dividend | | | Sold | 6/6/12 | J | | |
| 23. FIA Card Services NA RASP (Y) | | | | | | | | | |
| 24. Agrium Inc | A | Dividend | J | T | Buy | 11/6/12 | J | | |
| 25. Agrium Inc | A | Dividend | J | T | Sold (part) | 12/13/12 | J | A | |
| 26. Altria Group Inc | A | Dividend | J | T | Sold (part) | 11/7/12 | J | B | |
| 27. Apple Inc | | None | J | T | Sold (part) | 12/21/12 | J | B | |
| 28. AT & T Inc | A | Dividend | J | T | Sold (part) | 11/6/12 | J | A | |
| 29. CBS Corp New CL B | A | Dividend | | | Sold | 11/7/12 | J | A | |
| 30. Chesapeake Energy OKLA | A | Dividend | J | T | Buy | 7/12/12 | J | | |
| 31. Chesapeake Energy OKLA | A | Dividend | J | T | Sold (part) | 11/7/12 | J | A | |
| 32. Citigroup Inc Com New | A | Dividend | J | T | Buy | 12/12/12 | J | | |
| 33. Citigroup Inc Com New | A | Dividend | J | T | Sold (part) | 12/24/12 | J | A | |
| 34. Doubline Tot Rtrn BDI Bond Fund CL I | A | Dividend | J | T | Buy | 9/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Doubleline Tot Rtrn BD I Bond Fund CL I | A | Dividend | J | T | Sold (part) | 9/27/12 | J | A | |
| 36. Doubleline Total Return Bond Fund CL I | A | Dividend | J | T | Buy | 9/5/12 | J | | |
| 37. Doubleline Total Return Bond Fund CL I | A | Dividend | J | T | Sold (part) | 9/27/12 | J | A | |
| 38. Eli Lilly & Co | A | Dividend | J | T | Buy | 3/15/12 | J | | |
| 39. Eli Lilly & Co | A | Dividend | J | T | Sold (part) | 12/24/12 | J | A | |
| 40. Facebook Inc Class A Common Stock | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 41. Facebook Inc Class A Common Stock | | None | J | T | Sold (part) | 12/12/12 | J | A | |
| 42. FirstEnergy Corp | A | Dividend | | | Sold | 5/3/12 | J | A | |
| 43. Ford Motor Co | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 44. Ford Motor Co | A | Dividend | J | T | Sold (part) | 12/24/12 | J | A | |
| 45. Home Depot Inc | A | Dividend | J | T | Buy | 11/2/12 | J | | |
| 46. Home Depot Inc | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 47. Intel Corp | A | Dividend | J | T | | | | | |
| 48. IShares Barclays Tips BO | A | Dividend | | | Sold | 4/16/12 | J | A | |
| 49. IShares Gold TR | | None | | | Sold | 12/13/12 | J | A | |
| 50. IShares IBOXX S | A | Dividend | J | T | Sold (part) | 11/14/12 | J | A | |
| 51. IShares JP Morgan Em Bon | A | Dividend | J | T | Buy | 4/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. IShares JP Morgan Em Bon | A | Dividend | J | T | Sold (part) | 11/21/12 | J | A | |
| 53. Kraft Foods Inc Va Cl A | A | Dividend | J | T | Buy | 5/4/12 | J | | |
| 54. Kraft Foods Inc Va Cl A | A | Dividend | J | T | Sold (part) | 6/7/12 | J | A | |
| 55. Lincoln Ntl Corp Ind NPV | A | Dividend | | | Sold | 4/4/12 | J | A | |
| 56. Marathon Oil Corp | A | Dividend | | | Sold | 6/7/12 | J | A | |
| 57. Merck and Co Inc SHS | A | Dividend | | | Sold | 3/15/12 | J | A | |
| 58. Microsoft Corp | A | Dividend | | | Sold | 1/27/12 | J | A | |
| 59. Nike Inc Cl B | A | Dividend | J | T | Buy | 6/8/12 | J | | |
| 60. Nike Inc Cl B | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 61. Norfolk Southern Corp | A | Dividend | | | Sold | 8/30/12 | J | A | |
| 62. Powershares Global Exchange Traded Fd Tr | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 63. Powershares Global Exchange Traded Fd Tr | A | Dividend | J | T | Sold (part) | 6/8/12 | J | A | |
| 64. Qualcomm Inc | A | Dividend | J | T | Buy | 4/19/12 | J | | |
| 65. Qualcomm Inc | | None | J | T | Sold (part) | 6/7/12 | J | A | |
| 66. RPM International Inc | A | Dividend | | | Sold | 5/15/12 | J | A | |
| 67. Spdr Gold Trust | A | Dividend | J | T | Buy | 6/1/12 | J | | |
| 68. Spdr Gold Trust | | None | J | T | Sold (part) | 11/26/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Valero Energy Corp New | A | Dividend | J | T | Buy | 11/7/12 | J | | |
| 70. Valero Energy Corp New | A | Dividend | J | T | Sold (part) | 12/24/12 | J | A | |
| 71. Walmart Stores Inc | A | Dividend | J | T | Buy | 9/20/12 | J | | |
| 72. Walmart Stores Inc | A | Dividend | J | T | Sold (part) | 11/7/12 | J | A | |
| 73. Johnson Ctls Inc Com | A | Dividend | J | T | Buy | 06/20/12 | J | | |
| 74. Schlumberger Limited Common | A | Dividend | J | T | Buy | 06/20/12 | J | | |
| 75. Caterpillar Inc Com | A | Dividend | J | T | Buy | 06/20/12 | J | | |
| 76. Johnson & Johnson Solicited | A | Dividend | J | T | Buy | 06/20/12 | J | | |
| 77. Franklin Mutual Shares Fund CL A | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 78. Templeton Growth Fund CL A | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 79. Franklin Balanced Fund CL A | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 80. Franklin US Government Securities Fund | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 81. Templeton Global Bond Fund CL A | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 82. Franklin Total Return Fund CL A | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 83. Franklin Moder 9-12 years 529 A | A | Dividend | K | T | Buy | 07/15/12 | K | | |
| 84. Franklin Balanced Fund CL A | A | Dividend | K | T | Buy | 06/08/12 | K | | |
| 85. Franklin Equity Income Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Franklin Flex Cap Growth Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 87.   Franklin Growth Fund CL A | A | Dividend | K | T | Buy | 06/08/12 | K | | |
| 88.   Franklin Mutual Shares Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 89.   Franklin Rising Dividends Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 90.   Franklin Total Return Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 91.   Franklin U S Government Securities Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 92.   Mutual Global Discovery Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 93.   Templeton Global Bond Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 94.   Templeton Growth Fund CL A | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 10/04/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nelva G. Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544